[No. 11832.  *En Banc.*  February 6, 1915.]

CHARLES FLESSHER, *Respondent*, v. CARSTENS PACKING COMPANY, *Appellant*.

Appeal from a judgment of the superior court for Kitsap county, French, J., entered October 18, 1913, upon the verdict of a jury rendered in favor of the plaintiff, in an action in tort. Reversed.

*James W. Carr* and *Kerr & McCord*, for appellant.
*Garland & McLane*, for respondent.

ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc*, a majority of the court adhere to the opinion heretofore filed herein as reported in 81 Wash. 241, 142 Pac. 694.

For the reasons there stated, the judgment is reversed.

---

[No. 12547.  Department One.  February 9, 1915.]

THE STATE OF WASHINGTON, *on the Relation of Seattle School District No. 1, Plaintiff*, v. JOSEPHINE C. PRESTON, *as Superintendent of Public Instruction, Respondent*.[1]

Application filed in the supreme court December 14, 1914, for a writ of mandamus to compel the state superintendent of public instruction to apportion certain current school funds. Denied.

*Henry W. Pennock*, for relator.

*The Attorney General* and *Edward W. Allen, Assistant*, for respondent.

PER CURIAM.—Application for a writ of mandamus, directing the respondent as state superintendent of public instruction, to apportion and allow to the relator the sum of $2,199.70 as of October 20, 1914, and to apportion to the relator from the state school funds which shall be reported by the auditor in January, April, May, and June, 1915, its proportionate amount, based upon the total school attendance as shown in the annual report of the county superintendent. The county superintendent for the year ending June 30, 1914, reported the total school attendance in Seattle school district No. 1 to be 6,704,976 days. The state superintendent of public instruction de-

[1]Reported in 146 Pac. 492; 149 Pac. 352.